```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  AMERICAN EXPRESS BANK, FSB,
11           Plaintiff,                  No. CIV S-10-0331 LKK DAD PS
12       vs.
13  MARK PERCIN,                         ORDER
14           Defendant.
15  _____/
16  MARK DAVID PERCIN
17           Cross-Complainant,
18       vs.
19  AMERICAN EXPRESS FSB, et al.,
20           Cross-Defendants.
21  _____/
```

Defendant/cross-complainant Mark Percin is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 23, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any

1

1  objections to the findings and recommendations were to be filed within fourteen days.  The
2  fourteen-day period has expired, and no party has filed an objection to the findings and
3  recommendations.
4        The court has reviewed the file and finds the findings and recommendations to be
5  supported by the record and by the magistrate judge's analysis.
6        Accordingly, IT IS HEREBY ORDERED that:
7        1. The findings and recommendations filed February 23, 2010 (Doc. No. 8) are
8  adopted in full; and
9        2. This action is summarily remanded to the Nevada County Superior Court for
10 lack of jurisdiction.
11 DATED:  March 22, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT